**Paul F. CLOSE, Appellant,**

v.

**Mark LUND; Dr. Ann Mueller; RN Debra Murray; Jim Payne; Dr. William Kuehn, Appellees.**

No. 07–2075.

United States Court of Appeals, Eighth Circuit.

Submitted: June 6, 2008.

Filed: June 16, 2008.

Before BYE, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Iowa inmate Paul Close appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful de novo review, *see Turner v. Honeywell Fed. Mfg. & Techs., LLC,* 336 F.3d 716, 719–20 (8th Cir.2003) (de novo

[1]. The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

review standard), we conclude that summary judgment was properly granted. Accordingly, we affirm. *See* 8th Cir. R. 47B.